**SO ORDERED.**

**SIGNED this 26th day of March, 2018.**



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

C-13-23b(FTP)
(Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | **DISMISSAL ORDER** |
| ) | **CHAPTER 13** |
| Faircloth, Justin Michael   xxx-xx-0338 ) | |
| 339 S. Spring St., Apt. B ) | No: 17-10707   C-13G |
| Burlington, NC 27215 ) | |
| ) | |
| Faircloth, Stephanie Wilkinson  xxx-xx-6330 ) | |
| 811 Lockesley Lane ) | |
| Burlington, NC 27217 ) | |
| Debtors. ) | |

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that the case of   Justin Faircloth   is dismissed after confirmation upon written request of the Debtor; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs with the balance of the funds to be disbursed pursuant to the confirmed plan.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10707 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**